# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: §
§
RED ROCK SERVICES CO., LLC § Case No. 07-21572 REF
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert H. Holber, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 516,258.82 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 374,286.87 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 780,779.31 | |

3) Total gross receipts of $ 1,155,066.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,155,066.18 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,598,462.48 | $ 187,268.44 | $ 187,268.44 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 780,779.31 | 780,779.31 | 780,779.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 552,941.52 | 457,585.84 | 187,018.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 7,147,951.87 | 6,981,500.82 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 10,080,135.18 | $ 8,407,134.41 | $ 1,155,066.18 |

4) This case was originally filed under chapter 7 on 09/13/2007 . The case was pending for 135 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/29/2018            By:/s/Robert H. Holber, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCTS REC - Suffolk Construction-Adv 09-02112 | 1149-000 | 1,139,353.36 |
| Unclaimed funds - PA | 1229-000 | 15,650.39 |
| ACCTS REC - Suffolk Construction-Adv 09-02112 | 1249-000 | 62.43 |
| TOTAL GROSS RECEIPTS | | $ 1,155,066.18 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014A | INTERNAL REVENUE SERVICE | 4300-000 | NA | 1,598,462.48 | 187,268.44 | 187,268.44 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 1,598,462.48 | $ 187,268.44 | $ 187,268.44 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT H. HOLBER, TRUSTEE | 2100-000 | NA | 57,901.99 | 57,901.99 | 57,901.99 |
| TRUSTEE EXPENSES:ROBERT H. HOLBER, TRUSTEE | 2200-000 | NA | 351.99 | 351.99 | 351.99 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 164.17 | 164.17 | 164.17 |
| EAGLEBANK | 2600-000 | NA | 3,548.00 | 3,548.00 | 3,548.00 |
| Signature Bank | 2600-000 | NA | 7,541.58 | 7,541.58 | 7,541.58 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ESQUIRE, DAVID R. KING, | 3210-000 | NA | 559,202.02 | 559,202.02 | 559,202.02 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):GERSHMAN, HOWARD | 3210-000 | NA | 10,230.00 | 10,230.00 | 10,230.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ESQIURE, DAVID R. KING, | 3220-000 | NA | 137,634.84 | 137,634.84 | 137,634.84 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):SHARER PETREE BROTZ & SNYDER | 3220-000 | NA | 361.87 | 361.87 | 361.87 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):ROBERT N. SNYDER | 3410-000 | NA | 3,571.00 | 3,571.00 | 3,571.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):ROBERT N. SNYDER | 3420-000 | NA | 21.85 | 21.85 | 21.85 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 780,779.31 | $ 780,779.31 | $ 780,779.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | INT"L UNION OF OPERATING ENGINEERS | 5400-000 | NA | 322.57 | 322.57 | 0.00 |
|  | INT'L UNION OF OPERATING ENGINEERS | 5400-000 | NA | 0.00 | 322.57 | 322.57 |
| 000016 | THE STATE OF NEW JERSEY | 5400-000 | NA | 14,743.04 | 14,743.04 | 14,743.04 |
| 000020A | COMMONWEALTH OF MASSACHUSETTS | 5800-000 | NA | 88,512.37 | 88,512.37 | 38,405.76 |
| 000001 | COMMONWEALTH OF PENNSYLVANIA | 5800-000 | NA | 23,112.22 | 23,112.22 | 10,028.46 |
| 000014B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 243,721.70 | 121,860.85 | 52,875.76 |
|  | MASSACHUSETTS UNEMPLOYMENT INSURANC | 5800-000 | NA | 0.00 | 45,904.21 | 45,904.21 |
| 000021 | MASSACHUSETTS UNEMPLOYMENT INSURANC | 5800-000 | NA | 105,793.77 | 105,793.77 | 0.00 |
| 000031B | NEW YORK STATE DEPT. OF | 5800-000 | NA | 4,243.32 | 4,243.32 | 1,841.18 |
| 000025A | PA DEPARTMENT OF REVENUE | 5800-000 | NA | 52,770.92 | 52,770.92 | 22,897.45 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | PA DEPTARTMENT OF REVENUE | 5800-000 | NA | 19,721.61 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 552,941.52 | $ 457,585.84 | $ 187,018.43 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000026 | ALLIED INTERSTATE, AGENT FOR LIBERT | 7100-000 | NA | 72,173.00 | 72,173.00 | 0.00 |
| 000029 | ASAP ANSWERING SERVICE | 7100-000 | NA | 722.06 | 722.06 | 0.00 |
| 000003 | ATLANTIC CHARTER INSURANCE CO. | 7100-000 | NA | 397,426.00 | 397,426.00 | 0.00 |
| 000023 | BERKS AUTO PARTS, INC. | 7100-000 | NA | 161.95 | 161.95 | 0.00 |
| 000037 | CAMERON DRILLING CO. INC. | 7100-000 | NA | 20,001.25 | 20,001.25 | 0.00 |
| 000013 | CARROLL INDEPENDENT FUEL | 7100-000 | NA | 4,179.88 | 4,179.88 | 0.00 |
| 000035 | CLEAN VENTURE, INC. | 7100-000 | NA | 1,400.00 | 1,400.00 | 0.00 |
| 000033 | DANIEL DANDREA | 7100-000 | NA | 8,325.00 | 8,325.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | DHL EXPRESS (USA), INC. | 7100-000 | NA | 7,216.27 | 7,216.27 | 0.00 |
| 000040 | FIRST INSURANCE FUNDING CORP. | 7100-000 | NA | 3,556.60 | 3,556.60 | 0.00 |
| 000039 | HILL INTERNATIONAL, INC. | 7100-000 | NA | 39,717.44 | 39,717.44 | 0.00 |
| 000022 | HYDE VILLA AUTO PARTS | 7100-000 | NA | 6,270.34 | 6,270.34 | 0.00 |
| 000014C | INTERNAL REVENUE SERVICE | 7100-000 | NA | 338,384.06 | 338,384.06 | 0.00 |
| 000015 | KEEN TRANSPORT, INC. | 7100-000 | NA | 7,220.07 | 7,220.07 | 0.00 |
| 000008 | MAGISTERIAL DISTRICT 15-1-05 | 7100-000 | NA | 1,364.14 | 1,364.14 | 0.00 |
| 000009 | MAINE OXY/SPEC AIRE SPECIALITY | 7100-000 | NA | 2,155.52 | 2,155.52 | 0.00 |
| 000027 | MR. JOHN, INC. | 7100-000 | NA | 198.08 | 198.08 | 0.00 |
| 000041 | OLD COLONY SCRAP, INC. | 7100-000 | NA | 160,157.00 | 160,157.00 | 0.00 |
| 000042 | OLD COLONY SCRAP, INC. | 7100-000 | NA | 160,157.00 | 0.00 | 0.00 |
| 000017 | PRO GAS INC. | 7100-000 | NA | 1,004.48 | 1,004.48 | 0.00 |
| 000010 | STATE LINE MACHINE, INC. | 7100-000 | NA | 417.01 | 417.01 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | STATE WORKERS" INSURANCE FUND | 7100-000 | NA | 121,343.00 | 121,343.00 | 0.00 |
| 000036 | SUFFOLK CONSTRUCTION | 7100-000 | NA | 5,485,919.03 | 5,485,919.03 | 0.00 |
| 000038 | THE CARDINAL GROUP, INC. | 7100-000 | NA | 94,199.30 | 94,199.30 | 0.00 |
| 000011 | THE MOBILE STORAGE GROUP | 7100-000 | NA | 635.09 | 635.09 | 0.00 |
| 000018 | THE SHERWIN WILLIAMS CO. | 7100-000 | NA | 2,631.67 | 2,631.67 | 0.00 |
| 000032 | TREGO EXCAVATING, INC. | 7100-000 | NA | 950.00 | 950.00 | 0.00 |
| 000034 | TRKSFU | 7100-000 | NA | 6,294.05 | 6,294.05 | 0.00 |
| 000002 | UNITED CRANE & RIGGING CO. | 7100-000 | NA | 39,587.07 | 39,587.07 | 0.00 |
| 000030 | UNITED ENERGY SYSTEMS, INC. | 7100-000 | NA | 96,989.97 | 96,989.97 | 0.00 |
| 000024 | UNITED RENTALS, INC. | 7100-000 | NA | 34,578.00 | 34,578.00 | 0.00 |
| 000007 | VALLEY NATIONAL GASES, LLC | 7100-000 | NA | 87.93 | 87.93 | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000028 | WASTE MANAGEMENT - RMC | 7100-000 | NA | 924.18 | 924.18 | 0.00 |
| 000019 | WILLIAMS SCOTSMAN | 7100-000 | NA | 991.60 | 991.60 | 0.00 |
| 000043 | TRKS4U | 7200-000 | NA | 6,294.05 | 0.00 | 0.00 |
| 000020B | COMMONWEALTH OF MASSACHUSETTS | 7300-000 | NA | 4,305.75 | 4,305.75 | 0.00 |
| 000031A | NEW YORK STATE DEPT. OF | 7300-000 | NA | 244.22 | 244.22 | 0.00 |
| 000025B | PA DEPARTMENT OF REVENUE | 7300-000 | NA | 19,769.81 | 19,769.81 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 7,147,951.87 | $ 6,981,500.82 | $ 0.00 |